# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES GORDON MILLER, | Case No. CV 15-5574 MRW |
| Petitioner, | |
| v. | JUDGMENT |
| ERIC ARNOLD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: March 16, 2016

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE